**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAURA POITRAS, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, DEPARTMENT OF )<br>JUSTICE, and OFFICE OF THE DIRECTOR )<br>OF NATIONAL INTELLIGENCE )<br>)<br>  Defendants. )<br>_____) | Civil Case No.15-cv-01091-KBJ |

**NOTICE OF FILING PROOF OF SERVICE**

Plaintiff respectfully submits the attached Affidavits of Mailing of Madeleine Mulkern as proof of service of process has been effected on defendants in the above-captioned matter.

Respectfully submitted

By:  /s/ David L. Sobel
DAVID L. SOBEL, D.C. Bar. No. 360418
Electronic Frontier Foundation
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015
(202) 246-6180

Counsel for Plaintiff

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Laura Poitras
       Plaintiff(s)

Civil Action No. 15-cv-01091 (KBJ)

vs.

Department of Homeland Security, Department of Justice, and Office of the Director of National Intelligence
       Defendant(s)

## AFFIDAVIT OF MAILING

I, Madeleine Mulkern, hereby state that:

On the 14th day of July, 2015, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Department of Homeland Security

I have received the receipt for the certified mail, No. 70131710000096540442 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 20th day of July, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

July 22, 2015
(Date)

_Madeleine Mulkern_
(Signature)

| English | Customer Service | USPS Mobile | | Register / Sign In |

# USPS.COM

## USPS Tracking™

 Customer Service ›
Have questions? We're here to help.

 Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **70131710000096540442**

Updated Delivery Day: **Monday, July 20, 2015**

### Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

### Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **July 20, 2015, 6:51 am** | Delivered | **WASHINGTON, DC 20528** |

Your item was delivered at 6:51 am on July 20, 2015 in WASHINGTON, DC 20528.

| | | |
|---|---|---|
| July 19, 2015, 12:55 pm | Business Closed | WASHINGTON, DC 20528 |
| July 19, 2015, 11:55 am | Arrived at Hub | WASHINGTON, DC 20018 |
| July 15, 2015, 11:09 pm | Departed USPS Facility | SAN JOSE, CA 95101 |
| July 15, 2015, 9:40 am | Arrived at USPS Facility | SAN JOSE, CA 95101 |
| July 14, 2015, 5:28 pm | Departed Post Office | SAN FRANCISCO, CA 94102 |
| July 14, 2015, 4:46 pm | Acceptance | SAN FRANCISCO, CA 94102 |

### Track Another Package

Tracking (or receipt) number

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $3.45 |
| Certified Fee | | $0.00 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.75 |

Postmark Here: JUL 14 2015

Sent To:
Office of General Counsel
Department of Homeland Security
Washington DC 20528

PS Form 3800, August 2006    See Reverse for Instructions

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Laura Poitras
    Plaintiff(s)

Civil Action No. 15-cv-01091 (KBJ)

vs.

Department of Homeland Security, Department of Justice, and Office of the Director of National Intelligence
    Defendant(s)

## AFFIDAVIT OF MAILING

I, Madeleine Mulkern, hereby state that:

On the 14th day of July, 2015, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Department of Justice

I have received the receipt for the certified mail, No. 70070220000367451129 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 20th day of July, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

July 22, 2015
(Date)

_Madeleine Mulkern_
(Signature)

English    Customer Service    USPS Mobile                                              Register / Sign In

## USPS.COM

# USPS Tracking™


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **70070220000367451129**

Updated Delivery Day: **Monday, July 20, 2015**

## Product & Tracking Information

**Postal Product:**  
First-Class Mail®

**Features:**  
Certified Mail™

### Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 20, 2015, 4:36 am | Delivered | WASHINGTON, DC 20530 |

Your item was delivered at 4:36 am on July 20, 2015 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| July 19, 2015, 12:37 pm | Business Closed | WASHINGTON, DC 20530 |
| July 19, 2015, 10:53 am | Arrived at Hub | WASHINGTON, DC 20018 |
| July 14, 2015, 10:51 pm | Departed USPS Facility | SAN FRANCISCO, CA 94188 |
| July 14, 2015, 9:44 pm | Arrived at USPS Facility | SAN FRANCISCO, CA 94188 |
| July 14, 2015, 5:28 pm | Departed Post Office | SAN FRANCISCO, CA 94102 |
| July 14, 2015, 3:54 pm | Acceptance | SAN FRANCISCO, CA 94102 |

## Track Another Package

Tracking (or receipt) number

[                                    ]    Track It



CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Laura Poitras
_____
Plaintiff(s)

vs.

Department of Homeland Security, Department of Justice, and Office of the Director of National Intelligence
_____
Defendant(s)

Civil Action No. 15-cv-01091 (KBJ)

## AFFIDAVIT OF MAILING

I, Madeleine Mulkern, hereby state that:

On the 14th day of July, 2015, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Office of the Director of National Intelligence

I have received the receipt for the certified mail, No. 70131710000096540428 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 20th day of July, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

July 22, 2015
(Date)

_____
(Signature)

English   Customer Service   USPS Mobile                                     Register / Sign In

# USPS.COM

## USPS Tracking™


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **70131710000096540428**

Updated Delivery Day: **Monday, July 20, 2015**

### Product & Tracking Information

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™

### Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 20, 2015, 9:15 am | Delivered | NORTH HARTLAND, VT 05052 |

Your item was delivered at 9:15 am on July 20, 2015 in NORTH HARTLAND, VT 05052.

| | | |
|---|---|---|
| July 19, 2015, 10:10 am | Business Closed | WASHINGTON, DC 20505 |
| July 19, 2015, 8:56 am | Arrived at Hub | WASHINGTON, DC 20018 |
| July 14, 2015, 10:51 pm | Departed USPS Facility | SAN FRANCISCO, CA 94188 |
| July 14, 2015, 9:44 pm | Arrived at USPS Facility | SAN FRANCISCO, CA 94188 |
| July 14, 2015, 5:28 pm | Departed Post Office | SAN FRANCISCO, CA 94102 |
| July 14, 2015, 3:54 pm | Acceptance | SAN FRANCISCO, CA 94102 |

### Track Another Package

Tracking (or receipt) number

[                                    ]  Track It

