UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA POITRAS,<br><br>            Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ET AL.,<br><br>            Defendants. | Case No. 1:15-cv-1091 (KBJ) |

**EXHIBIT 7: Declaration of Jill A. Eggleston (USCIS)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA POITRAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF ) | Civil Action No. 1:15-cv-01091-KBJ |
| HOMELAND SECURITY, ) | |
| ) | |
| AND ) | |
| ) | |
| DEPARTMENT OF JUSTICE ) | |
| ) | |
| AND ) | |
| ) | |
| OFFICE OF THE DIRECTOR OF ) | |
| NATIONAL INTELLIGENCE ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF JILL A. EGGLESTON

I, JILL A. EGGLESTON, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury:

1. I am the Associate Center Director in the Freedom of Information and Privacy Act (FOIA/PA) Unit, National Records Center (NRC), United States Citizenship and Immigration Services (USCIS), within the United States Department of Homeland Security (DHS). I have held the position of Associate Center Director since February 4, 2008. I am also an attorney, licensed to practice law by the State of Kansas. Prior to joining DHS, I served for more than 19 years as Associate General Counsel for the Defense Finance and Accounting Service (DFAS) of the U.S. Department of Defense (DoD). As part of my duties with the DFAS, among other things, I provided legal advice to the agency on the release of information sought under the FOIA and the Privacy Act.

2. As the Chief FOIA Officer for the USCIS, I supervise over 150 information access professionals who are responsible for the orderly processing of all public, congressional, judicial, and inter-/intra-agency requests or demands for access to USCIS records and information pursuant to the FOIA, Privacy Act, Executive Orders, departmental directives, regulations and compulsory legal process.

1

3. Through the exercise of my official duties as Associate Center Director, I am personally familiar with USCIS's standard process for responding to FOIA requests, including search procedures for locating agency records. More specifically, I am personally familiar with USCIS's procedures and actions taken in response to the FOIA request at issue in this litigation. I was responsible for overseeing and coordinating the search conducted by USCIS in response to this request.

4. This declaration is submitted in support of USCIS's motion for summary judgment in this matter. This Declaration describes, generally, agency procedures for processing FOIA requests for access to agency records and, more specifically, agency action taken in response to the Plaintiff's FOIA request. The statements contained in this declaration are based on my personal knowledge, my review of relevant documents kept by USCIS in the course of ordinary business, and upon information provided to me by other USCIS employees in the course of my official duties.

## USCIS'S STANDARD FOIA OPERATING PROCEDURES

5. The USCIS routinely and consistently processes FOIA requests in compliance with DHS implementing regulations found at 6 C.F.R. Part 5 and Management Directive No. 0460.1:[1]

> a) after determining the nature, scope, and contours of a valid FOIA request, a preliminary search is conducted to locate potentially responsive records;
>
> b) because FOIA requests are generally processed by the NRC on a first-in/first-out basis, the request is logged in the approximate order of its receipt into a computerized case tracking and retrieval system which automatically assigns a control number and tracks the file created;
>
> c) an acknowledgement letter is contemporaneously mailed to the requester, advising of the control number, processing fee arrangement, processing options, and contact information, and addressing any collateral requests made by requester;

---

[1] The DHS requirements for submitting a FOIA request for an individual's records include the following:

1. All FOIA requests must be submitted in writing and signed by the requester. 6 C.F.R. § 5.3(a).

2. If the requester seeks records about him/herself the requester must verify identity by submitting, in writing, a statement containing his/her full name, current address, date of birth and place of birth. This statement must be signed and the signature must either be notarized or submitted under 28 U.S.C. § 1746 (penalty of perjury in lieu of notarized signature). This signature must be submitted along with the FOIA request. 6 C.F.R. §§ 5.3(a), 5.21(d).

3. The FOIA request must reasonably describe the records that are being sought. 6 C.F.R. § 5.3(b).

2

      d) during any abeyance in processing, periodic system inquiries are conducted to maintain updated information concerning the disposition of agency records that are subject to the pending FOIA request;

      e) if relevant records are in the possession of an office or agency other than the responding office, a request for the production of the records is sent to the records' custodian(s) at that time;

      f) during the course of processing, the FOIA request and any responsive records are subjected to rigorous analyses to arrive at the proper final agency determination; and finally;

      g) the NRC sends its response to the requester, granting or denying, in whole or in part, access to requested records, and advising of any additional rights that may have vested in the requester by virtue of the final agency determination.

6. In an effort to process FOIA requests in a manner designed to be fair and expeditious, the USCIS has adopted a policy of processing such requests on a first-in/first-out basis. This process is further enhanced by the implementation of a regulation providing for expedited processing of requests under given circumstances, and the adoption of a multi-track system of processing which not only allows the agency to process requests on a first-in/first-out basis within each track, but also permits the USCIS to respond to relatively simple requests more quickly than requests involving complex and/or voluminous records. The NRC's first-in/first-out and multi-track processing is consistent with the requirements set forth in Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976) and Exner v. FBI, 612 F.2d 1202, 1980 U.S. App. LEXIS 20856, February 4, 1980.

### PROCESSING OF PLAINTIFF LAURA POITRAS' FOIA REQUEST

7. On or about January 29, 2014, USCIS received a FOIA request, dated January 24, 2014, from attorney David L. Sobel requesting disclosure of all agency records concerning, naming, or relating to his client, Laura Poitras, a United States citizen by birth. *See attached* Exh. A. This FOIA request was given control number NRC2014009650. A search was conducted of a number of USCIS databases and systems for any records on Laura Poitras, but no responsive records were located. On January 30, 2014, USCIS sent a final action letter to the requestor advising that no responsive records were located. USCIS further advised the requester that if he had reason to believe that responsive records exist and could provide additional information, USCIS would conduct a second search. Exh. B.

8. On or about March 31, 2014, USCIS received a letter from Mr. Sobel, dated March 19, 2014, in which he provided information about several detentions or encounters between United States Customs and Border Protection (CBP) and Ms. Poitras at airports in Newark and New York City. Exh. C. Based on this additional information,

3

USCIS conducted another search and still found no USCIS records. On April 2, 2014, USCIS informed the requestor that it had conducted another search, but still found no responsive records. USCIS further advised the requester that if he is seeking information regarding CBP (e.g. entry and exit information), he could request that information by writing to the CBP's FOIA Division address, which was provided in the correspondence. Exh. D.

9. On or about May 12, 2014, USCIS received an administrative appeal, dated May 6, 2014. Exh. E. On July 7, 2014, USCIS upheld the finding of no USCIS records, reiterated that entry and exit records belong to CBP, and once again provided Mr. Sobel with the address of CBP's FOIA Division. Exh. F.

10. In searching for records about individuals, USCIS FOIA searches records maintained by USCIS in a Privacy Act system of records officially known as the "Alien File, Index, and National File Tracking System of Records," (DHS/USCIS/ICE/CBP - 001, 78 Fed. Reg. 69864 (November 21, 2013). A USCIS FOIA/Privacy Act processor conducted an electronic search of the aforementioned system of records for "Laura Poitras" based upon her name, date of birth, and description of sought after record. USCIS FOIA/Privacy Act processors have three primary tools to discover if information about a particular person exists in the Alien File/Index, and National File Tracking System of Records: (a) the Central Index System (CIS), which is a repository of electronic data that summarizes the history of an immigrant's interaction with USCIS, Immigration and Customs Enforcement (ICE) or Customs and Border Protection (CBP), for any person who has an Alien Number; (b) the Computer-Linked Application Information Management System (CLAIMS), which stores and retrieves data relating to any application or petition, such as employment authorization, petitions for relatives or employees, naturalization, and immigrant visas, to include the history and status of those petitions or applications.; and (c) the Person-Centric Query System (PCQS), which is a composite service that allows a system or a person to submit a single query for all transactions involving an immigrant across a number of USCIS, CBP, ICE and Department of State (DoS) systems; the PCQS returns a consolidated and correlated view of the immigrant's past interactions with the government as he or she passed through the U.S. immigration system.

11. Not every individual who comes into contact with CBP or DoS is assigned an Alien number, and it is not unusual for an individual to encounter one of these agencies without generating a record in the Alien File/Central Index System of records. For example, if CBP questions an individual but does not make an arrest, or if DoS issues a non-immigrant visa, neither of those actions will result in the issuance of an Alien Number. In such circumstances, although USCIS may sometimes be able to see that records exist in a DoS or CBP system of records, USCIS FOIA does not have access to those systems of records, and in such cases, provides the requester with the address of the DoS and/or CBP FOIA addresses.

4

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Executed in Lee's Summit, Missouri, on this 2nd day of June 2016.

*[signature]*
JILL A. EGGLESTON
Associate Center Director
Freedom of Information Act and Privacy Act Unit
USCIS National Records Center

5

88873
01/29/14
140278

# David L. Sobel
Attorney-at-Law

Suite 410  
1818 N Street, N.W.  
Washington, DC 20036

(202) 246-6180 (voice)  
(202) 237-7727 (fax)  
sobel@att.net (e-mail)

January 24, 2014

**BY CERTIFIED MAIL -- 70131710000104259915**

U.S. Citizenship & Immigration Services  
National Records Center, FOIA/PA Office  
P. O. Box 648010  
Lee's Summit, Mo. 64064-8010

**Re: Freedom of Information Act Request**

Dear Sir or Madam:

This letter constitutes a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted on behalf of my client, Laura Poitras. A "privacy waiver" form executed by Ms. Poitras and authorizing disclosure of responsive records to me is attached to this request.

I request disclosure of all agency records concerning, naming, or relating to Ms. Poitras. In the event that you determine that some responsive matewrial might be exempt from disclosure under FOIA, please indicate the specific exemption or exemptions upon which the agency relies. Ms. Poitras agrees to incur legally assessable processing fees not to exceed $100.

As the FOIA requires, I will anticipate your response to this request within twenty working days. Please feel free to contact me at the e-mail address or telephone number indicated above if you wish to discuss this request.

Thank you for your prompt attention.

Sincerely,

David L. Sobel

encl.

Exhibit A



U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010

**U.S. Citizenship and Immigration Services**

January 30, 2014

NRC2014009650

David L. Sobel
Attorney at Law
1818 N. St., NW, Ste. 410
Washington, DC  20036

Dear David L. Sobel:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office January 30, 2014 regarding Laura Poitras.

We have completed a search of our Central Index System (CIS) and Computer Linked Applications Information Management System (CLAIMS). No records responsive to your request were located. If you have reason to believe that responsive records do exist, and you can provide us with additional information, we will conduct another search. Please forward the additional information to the address listed above and reference the control number which appears on this correspondence. If, after the second search no responsive records are located, you will be notified. At that time you may appeal the determination by following the directions set forth below.

In the event you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you should have any additional questions about your request, please direct your inquiries to this office. You may also fax any correspondence to (816) 350-5785.

Sincerely,

*[signature]*

Jill A. Eggleston
Director, FOIA Operations

www.uscis.gov

Exhibit B

# David L. Sobel
Attorney-at-Law

Suite 410  
1818 N Street, N.W.  
Washington, DC 20036

(202) 246-6180 (voice)  
(202) 237-7727 (fax)  
sobel@att.net (e-mail)

March 19, 2014

**BY FAX – (816) 350-5785**

Jill A. Eggleston, Director, FOIA OPerations  
U.S. Citizenship & Immigration Services  
National Records Center, FOIA/PA Office  
P. O. Box 648010  
Lee's Summit, Mo. 64064-8010

Re: Freedom of Information Act Request – NRC2014009650

Dear Ms. Eggleston:

In the attached letter, you requested additional information to assist the agency in searching for responsive records. In response to that request, I am providing the following information concerning difficulties my client, Ms. Poitras, encountered while traveling on international flights:

July 2006: Jerusalem – Newark

Ms. Poitras encountered difficulties boarding her flight in Newark. Her boarding pass was marked with "SSSS." When returning, she waited 30 minutes while Jerusalem officials got permission for her to get a boarding pass. Ms. Poitras was held for two hours waiting for approval to enter the county.

August 2006: Sarajevo FF – NYC JFK

Ms. Poitras was removed from the terminal in Vienna and taken to a police inspection area. All of her bags were searched. She was told by security that she had a "Threat Score" of 400 points. Ms. Poitras was taken into Customs and held for two hours.

November 2006: Paris – NYC JFK

Ms. Poitras was taken into Customs and held for 30 minutes while calls were made seeking approval to allow her to enter the country.

Exhibit C

Jill A. Eggleston
March 19, 2014
Page two

December 2006: Dubai – NYC JFK

Ms. Poitras was taken into Customs and held while calls were made seeking approval to allow her to enter the country. She was asked about when she had "last been to Atlanta," and was told her file indicated a criminal record.

March 2007: London – NYC JFK

Ms. Poitras was taken into Customs and held while calls were made seeking approval to allow her to enter the country.

March 2007: Canada – NYC LGA

Ms. Poitras was taken into Customs and held while calls were made seeking approval to allow her to enter the country.

May 2007: Yemen – NYC JFK

Ms. Poitras was taken aside and questioned. All of her notebooks, receipts, business cards, etc. were taken and photocopied.

In addition to the above-described instances, beginning in June or July 2006, in order for Ms. Poitras to receive a boarding pass for domestic flights, phone calls needed to be made to clear her. Her boarding pass was marked with "SSSS" and she was pulled aside and searched at security checkpoints. These actions ended in October 2006 with respect to Ms. Poitras' domestic flights.

I believe this information should assist the agency in locating responsive records. Thank you for your prompt attention.

Sincerely,

David L. Sobel

encl.



U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

April 2, 2014

NRC2014035155

David L. Sobel
Attorney at Law
1818 N. St., NW, Ste. 410
Washington, DC 20036

Dear David L. Sobel:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office April 02, 2014 regarding Laura Poitras.

We have completed a search of our Central Index System (CIS) and Computer Linked Applications Information Management System (CLAIMS). No records responsive to your request were located. If you have reason to believe that responsive records do exist, and you can provide us with additional information, we will conduct another search. Please forward the additional information to the address listed above and reference the control number which appears on this correspondence. If, after the second search no responsive records are located, you will be notified. At that time you may appeal the determination by following the directions set forth below.

In the event you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you are seeking information regarding U.S. Customs and Border Protection (Entry and Exit Information), you may request further information from that agency at the following address:

U.S. Customs and Border Protection
FOIA Division
90 K Street, NE, 9th Floor
Washington, DC 20229-1181

If you should have any additional questions about your request, please direct your inquiries to this office. You may also fax any correspondence to (816) 350-5785.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

Exhibit D

www.uscis.gov

# David L. Sobel
Attorney-at-Law

Suite 410  
1818 N Street, N.W.  
Washington, DC 20036

(202) 246-6180 (voice)  
(202) 237-7727 (fax)  
sobel@att.net (e-mail)

APPEALS  
MAY 1 2 2014  
RECEIVED

May 6, 2014

U.S. Citizenship & Immigration Services  
FOIA/PA Appeals Office  
150 Space Center Loop, Suite 500  
Lee's Summit, Mo. 64064-2139

Re: **Freedom of Information Act Appeal – NRC2014009650 & NRC2014035155**

This letter constitutes an administrative appeal under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted on behalf of my client, Laura Poitras.

By letter dated January 24, 2014, I requested agency records concerning Ms. Poitras. In the attached letter, the agency requested additional information to assist it in conducting a search. By letter dated March 19, 2014, I provided the requested information. In a second letter dated April 2, 2014 (also attached), the agency again invited me to provide additional information, with no acknowledgement that I had already done so. For some reason, the agency has now assigned two different request numbers to my request, and both are noted above.

The information previously provided suggests a strong likelihood that the agency maintains records responsive to my request. As such, I hereby appeal the agency's contrary determination.

As the FOIA requires, I will anticipate your response to this appeal within twenty working days.

Sincerely,

David L. Sobel

encl.

Exhibit E



U.S. Department of Homeland Security
HQ FOIA/PA Appeals
150 Space Center Loop, Suite 500
Lee's Summit, MO 64064-2139

**U.S. Citizenship and Immigration Services**

July 7, 2014

APP2014000698

David L. Sobel
Attorney at Law
1818 N. St., NW, Ste. 410
Washington, DC 20036

Dear Mr. Sobel:

Re: NRC2014035155

You appealed the action of the National Records Center regarding your request for access to records pertaining to Laura Poitras, dated April 02, 2014.

After careful consideration of your appeal, we have decided to affirm the initial action in this case. You specifically requested a copy of the complete alien file. We have determined that the National Records Center conducted multiple searches, however no responsive records could be found. Therefore, it has been determined that the NRC response is correct. A new search may be submitted to the National Records Center for records responsive to your initial request. With supplemental information provided, a second search may be more successful. Any additional information you can provide regarding the subject will assist in the possible location of the file.

Entry and exit records fall under the purview of the Customs and Border Protection Service. If you wish, you may request those records from CBP using the directions at the following website: http://www.cbp.gov/xp/cgov/admin/fl/foia/making_a_request/

or you may contact Customs and Border Protection Services at:

**U.S. Customs and Border Protection**
Sabrina Burroughs
Director, FOIA Division
Office of Diversity and Civil Rights
Freedom of Information Act (FOIA) Division
90 K Street NE, 9th Floor
Washington, DC 20229-1181

Exhibit F

www.uscis.gov

APP2014000698
Page 2

If you are dissatisfied with our action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B). The Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. The OGIS does not have the authority to handle requests made under the Privacy Act of 1974. If you wish to contact OGIS, you may email them at ogis@nara.gov or call 1-877-684-6448.

Sincerely,

Alan D. Hughes, Associate Counsel
Commercial and Administrative Law Division
Department of Homeland Security
Citizenship and Immigration Services