UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA POITRAS,<br><br>      Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ET AL.,<br><br>      Defendants. | Case No. 1:15-cv-1091 (KBJ) |

**EXHIBIT 8: Declaration of Fernando Pineiro (ICE)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA POITRAS,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>　　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>　　　　　　　　　　*Defendants*. | Civil Action<br>No. 15-1091 (KBJ) |

**DECLARATION OF FERNANDO PINEIRO
IN SUPPORT OF THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**I.　　INTRODUCTION**

I, Fernando Pineiro, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

　　1.　　I am the Deputy Freedom of Information Act ("FOIA") Officer of the Freedom of Information Act Office ("ICE FOIA Office") at U.S. Immigration and Customs Enforcement ("ICE"). I have held this position since December 29, 2013. Prior to this position, I was the FOIA Officer for three years at the Office for Civil Rights and Civil Liberties ("CRCL") at the U.S. Department of Homeland Security ("DHS").

　　2.　　The ICE FOIA Office is responsible for processing and responding to all FOIA, 5 U.S.C. § 552, and Privacy Act, 5 U.S.C. § 552a, requests received at ICE. The ICE FOIA office mailing address is 500 12th Street, S.W., STOP 5009, Washington, D.C. 20536-5009.

　　3.　　As the Deputy FOIA Officer of the ICE FOIA Office, my official duties and responsibilities include the general management, oversight, and supervision of the ICE FOIA Office. I manage and supervise a staff of ICE FOIA Paralegal Specialists, who report to me

regarding the processing of FOIA and Privacy Act requests received by ICE. In connection with my official duties and responsibilities, I am familiar with ICE's procedures for responding to requests for information pursuant to provisions of the FOIA and the Privacy Act. In that respect, I am familiar with ICE's processing of the FOIA request dated January 24, 2014 made on behalf of Laura Poitras that forms the subject of this litigation.

4. I make this declaration in my official capacity in support of Defendant in the above-captioned action. My statements are based upon my personal knowledge, my review of documents kept by ICE in the ordinary course of business activities, and information provided to me by other ICE employees in the course of my official duties.

## II. PROCEDURAL HISTORY OF THE PLAINTIFFS' FOIA REQUEST AND THE INSTANT LITIGATION

5. On June 13, 2015, Plaintiff filed a Complaint in the United States District Court for the District of Columbia for injunctive relief, attorneys' fees, and other appropriate relief. Plaintiff alleges her FOIA request was delivered to ICE on January 24, 2014, and that ICE failed to timely respond to Plaintiff's request and wrongfully withheld records.

6. On August 10, 2015, counsel for the defendants provided the ICE Office of the Principal Legal Advisor (agency counsel) a copy of Plaintiff's FOIA request dated January 24, 2014. **A true and complete copy of Plaintiffs' FOIA request provided to ICE is attached to this declaration as Exhibit A.**

7. ICE has no record of receiving Plaintiff's FOIA request prior to August 10, 2016 as noted above after commencement litigation in this case.

8. Plaintiff's FOIA request dated January 24, 2014 sought "disclosure of all agency records concerning, naming, or relating to Ms. Poitras." *See* Exh. A.

9. Plaintiff's letter dated January 24, 2014 indicates it was sent by certified mail with a tracking number 70131710000104259908.

10. On August 10, 2015, counsel for the defendants also provided a copy of a US Postal Service delivery tracking report, sent by Plaintiff, for a certified mail tracking number 70131710000104259908. The U.S. Postal Service tracking report indicates that a certified mail delivery with tracking number 70131710000104259908 was delivered on January 28, 2014 to a location in Washington, DC, with postal zip code 20526. **A true and complete copy of the tracking confirmation Plaintiff provided to counsel for defendants is attached to this declaration as Exhibit B.**

11. The ICE FOIA Office address is 500 12th St., SW, Stop 5009, Washington, DC 20536. The U.S. Postal Service certified mail tracking number Plaintiff provided indicates delivery to a postal zip code that is different than the ICE FOIA Office's postal zip code.[1]

12. In a letter dated September 14, 2015, the ICE FOIA Office responded to Plaintiff's FOIA request. The ICE FOIA Office's letter stated, in part: "ICE conducted comprehensive searches of the ICE Offices of Enforcement and Removal Operations (ERO) and Homeland Security Investigations (HSI), for records responsive to your request. No records responsive to your request were found." **A true and complete copy of the ICE FOIA Office's September 14, 2015 letter is attached as Exhibit C.**

### III. INFORMATION REGARDING ICE'S STANDARD PROCEDURES FOR INITIATING SEARCHES IN RESPONSE TO FOIA REQUESTS AND SEARCHES CONDUCTED IN RESPONSE TO PLAINTIFF'S COMPLAINT

13. The ICE FOIA Office receives FOIA requests by mail, email, and fax.

---

[1] The ICE FOIA Office is located at ICE Headquarters in Southwest Washington, DC, at 500 12th St. SW, Washington, DC 20536. The Postal zip code 20526 shown on Plaintiff's tracking confirmation is located in Northwest Washington, DC.

14. When the ICE FOIA Office receives a FOIA request, the intake staff evaluates it to determine if it is a proper FOIA request per DHS FOIA regulation 6 C.F.R. § 5.3. Generally, a FOIA request is considered proper and in compliance with DHS regulations if it reasonably describes the records sought and the records are under the purview of ICE.

15. If a FOIA request does not reasonably describe the records sought, the ICE FOIA Office will seek clarification from the requestor by post, e-mail, or telephone.

16. If the requested information is under the purview of a DHS component other that ICE, the ICE FOIA Office will refer the request to the appropriate DHS component for processing and a direct response to the requestor.

17. If the FOIA request seeks records under the purview of a government agency other that DHS, ICE FOIA informs the requester to contact the other government agency directly and ICE administratively closes the FOIA request.

18. All FOIA requests received by the ICE FOIA Office are entered into FOIAXpress and assigned a case tracking number. FOIAXpress is the ICE FOIA Office's electronic case management system.

19. Based upon the requestor's description of the records being sought and ICE FOIA's knowledge of the various program offices missions, the ICE FOIA Office identifies the program office(s) likely to possess responsive records and tasks the appropriate program office(s) to conduct the necessary searches.

20. ICE records are maintained by leadership offices and/or within ICE directorates, namely, Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), Office of Professional Responsibility (OPR), and/or Management and Administration (M&A).

21.     Program offices within the leadership offices and the ICE directorates are staffed with designated points of contact who are the primary people responsible for communications between that program office and the ICE FOIA Office. Each point of contact is a person with detailed knowledge about the operations of their particular program office.

22.     Upon receipt of a FOIA request, the ICE FOIA Office will identify which program offices, based on their experience and knowledge of ICE's program offices, within ICE are reasonably likely to possess records responsive to that request, if any, and to initiate searches within those program offices. Once the ICE FOIA Office determines the appropriate program offices for a given request, it provides the points of contact within each of those program offices with a copy of the FOIA request and instructs them to conduct a search for responsive records. The points of contact then review the FOIA request along with any case-specific instructions, if any, that may have been provided, and based on their experience and knowledge of their program office practices and activities, forward the request and instructions, if any, to the individual employee(s) or component office(s) within the program office that they believe are reasonably likely to have responsive records, if any. In conformity with the ICE FOIA Office's instructions, the individuals and component offices are directed to conduct searches of their file systems, including both paper files and electronic files, which in their judgment, based on their knowledge of the manner in which they routinely keep records, would be most reasonably likely be the files to contain responsive documents. Once those searches are completed, the individuals and component offices provide any potentially responsive records to their program office's point of contact, who in turn, provides the records

to the ICE FOIA Office. The ICE FOIA Office then reviews the collected records for responsiveness and then reviews and processes any responsive records.

23. ICE employees maintain records in several ways. ICE program offices use various systems to maintain records, such as investigative files, records regarding the operation of ICE programs, and administrative records. ICE employees may store electronic records on their individual computer hard drives, their program office's shared drive (if the office uses one), DVDs, CDs, or USB storage devices. The determination of whether or not these electronic locations must be searched in response to a particular FOIA tasking, as well as how to conduct any necessary searches, is necessarily based on the manner in which the employee maintains his/her files.

24. Additionally, all ICE employees have access to email. ICE uses the Microsoft Outlook email system. Each ICE employee stores their files in the way that works best for that particular employee. ICE employees use various methods to store their Microsoft Outlook email files: some archive their files monthly, without separating by subject; others archive their email by topic or by program; still others may create PST files of their emails and store them on their hard drive or shared drive.

25. Records received by the ICE FOIA Office from the program office points of contact are assigned to a FOIA processor who makes a determination as to whether the records are responsive to the FOIA request, or not. If the records are responsive, the FOIA processor will redact information pursuant to the FOIA or Privacy Act, as appropriate, while simultaneously ensuring that all reasonably segregated non-exempt information is released.

26. Frequently, the ICE FOIA Office must coordinate between multiple program offices to ensure the program office records are properly redacted and information is correctly

segregated.  Once ICE FOIA has completed its coordination efforts and all responsive records have been processed, the ICE FOIA Offices releases the responsive records to the requester.

## IV. DESCRIPTION OF ICE'S SEARCH FOR RESPONSIVE RECORDS

27. Prior to receiving a copy of Plaintiff's FOIA request from counsel for the Defendants' on August 11, 2015, the ICE FOIA Office has no record of receiving any request made by or on behalf of the Plaintiff.

28. On August 11, 2015, upon receipt of Plaintiff's FOIA request, the ICE FOIA Office assigned the request case number 2015-ICLI-000310, and entered the case into FOIAXpress.

29. The ICE FOIA Office determined, because of the subject matter of the request, that should ICE have any responsive records, that the ICE Office of Homeland Security Investigations (HSI) would be the office reasonably likely to maintain such records.  On August 13, 2015, the ICE FOIA Office tasked HSI, and instructed HSI to conduct a comprehensive search for records responsive to Plaintiff's FOIA request and to provide all records located, if any, during that search to the ICE FOIA Office for review and processing.

30. ICE is the principal investigative arm of DHS and the second largest investigative agency in the federal government.  Created in 2003 through a merger of the investigative and interior enforcement elements of the U.S. Customs Service and the Immigration and Naturalization Service, ICE now employs more than 20,000 people in offices in every state and in 48 foreign countries.

31. As a component of ICE, HSI is responsible for investigating a wide range of domestic and international activities arising from the illegal movement of people and goods in, within, and out of the United States.  HSI uses its legal authority to investigate

issues such as immigration crime, human rights violations and human smuggling, weapons and other types of contraband, and financial crimes. In addition to ICE criminal investigations, HSI oversees the agency's international affairs operations and intelligence functions. HSI consists of more than 10,000 employees, of which 6,700 are special agents, assigned to offices at ICE Headquarters in Washington, DC, and more than 200 cities throughout the United States and 48 countries around the world.

32. When HSI receives a FOIA tasking from the ICE FOIA Office, the request is submitted to HSI's Records Disclosure Unit (RDU). Points-of-contact (POCs) in RDU review the substance of the request. Based on the subject matter expertise and knowledge of the program offices' activities within HSI, RDU determines whether it can search for records, or whether it is necessary to forward the FOIA request to specific individuals and component offices to conduct searches of their file systems which in their judgment, based on their knowledge of the manner in which they routinely keep records, would be reasonably likely to have responsive records, if any.

33. Upon receipt of the FOIA request in this case, and based on the nature of the Plaintiff's FOIA request, an RDU POC determined that RDU would search for records itself. The POC tasked a RDU Senior FOIA Analyst to conduct a search for responsive records.

34. Based on his subject matter expertise and knowledge of HSI operations, the Senior FOIA Analyst reasonably determined that if HSI had any records responsive to Plaintiff's FOIA request, those records would be located in the TECS[2] system.

---

[2] TECS was previously an acronym for the legacy Treasury Enforcement Communication System. With the creation of the Department of Homeland Security (DHS) and the migration of Customs systems to DHS, and after various updates, the system is now simply known as TECS, and is not an acronym.

Therefore, the Senior FOIA Analyst conducted a search of the TECS system for responsive records.

35.   TECS, principally owned and managed by U.S. Customs and Border Protection (CBP), is an overarching law enforcement information collection, analysis, and sharing environment that securely links telecommunication devices and personal computers to a central system and database.  TECS contains HSI's case management database used for storage, tracking, and retrieval of law enforcement investigative information.  The TECS also functions as an environment comprised of several modules designed to collect, maintain, and screen data as well as conduct analysis, screening, and information sharing.  TECS contains temporary and permanent enforcement, inspection and intelligence records relevant to the anti-terrorism and law enforcement missions of U.S. Customs and Border Protection and numerous other federal agencies to include ICE. 73 Fed. Reg. 77778 (December 19, 2008).

36.   The Senior FOIA analyst searched the TECS system using Plaintiffs name and Date of Birth as search terms.  The Senior FOIA analyst's search resulted in no HSI records being located. The Senior FOIA analyst noted that based on his search of TECS, it appeared that CBP has responsive records.

37.   On August 25, 2015, RDU responded to the ICE FOIA Office by notifying the ICE FOIA Office that HSI's search for records responsive to Plaintiff's request resulted in no HSI records being located.

38.   On September 14, 2015, the ICE FOIA Office sent a letter to Plaintiff informing her that ICE's search for records resulted in no records being located.

**X. JURAT CLAUSE**

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.  Signed this _6th___ day of June 2016.

_____
Fernando Pineiro, Deputy FOIA Officer
Freedom of Information Act Office
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA POITRAS,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendant*. | Civil Action<br>No. 15-cv-01091 (KBJ) |

**INDEX OF EXHIBITS TO DECLARATION OF FERNANDO PINEIRO**

| No. | Description |
|---|---|
| A | Plaintiff's FOIA Request dated January 24, 2014 |
| B | U.S. Postal Service tracking confirmation |
| C | ICE FOIA Office letter dated September 14, 2015 |
| | |
| | |

# EXHIBIT A

# David L. Sobel
Attorney-at-Law

Suite 410  
1818 N Street, N.W.  
Washington, DC 20036

(202) 246-6180  (voice)  
(202) 237-7727  (fax)  
sobel@att.net (e-mail)

January 24, 2014

**BY CERTIFIED MAIL -- 70131710000104259908**

United States Immigration & Customs Enforcement  
Freedom of Information Act Office  
500 12th Street, SW, Stop 5009  
Washington, D.C. 20536-5009

**Re: Freedom of Information Act Request**

Dear Sir or Madam:

This letter constitutes a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted on behalf of my client, Laura Poitras. A "privacy waiver" form executed by Ms. Poitras and authorizing disclosure of responsive records to me is attached to this request.

I request disclosure of all agency records concerning, naming, or relating to Ms. Poitras. In the event that you determine that some responsive matewrial might be exempt from disclosure under FOIA, please indicate the specific exemption or exemptions upon which the agency relies. Ms. Poitras agrees to incur legally assessable processing fees not to exceed $100.

As the FOIA requires, I will anticipate your response to this request within twenty working days. Please feel free to contact me at the e-mail address or telephone number indicated above if you wish to discuss this request.

Thank you for your prompt attention.

Sincerely,

David L. Sobel

encl.

# EXHIBIT B



Search USPS.com or Track Packages

**Quick Tools**
Track
Enter up to 10 Tracking #' Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70131710000104259908

**Expected Delivery Day:** Saturday, January 25, 2014

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 28, 2014 , 11:14 am** | **Delivered** | **WASHINGTON, DC 20526** |
| January 28, 2014 , 10:00 am | Sorting Complete | WASHINGTON, DC 20018 |
| January 28, 2014 , 9:08 am | Arrival at Unit | WASHINGTON, DC 20018 |
| January 25, 2014 | Depart USPS Sort Facility | GAITHERSBURG, MD 20898 |
| January 24, 2014 , 10:17 pm | Processed at USPS Origin Sort Facility | GAITHERSBURG, MD 20898 |
| January 24, 2014 , 5:29 pm | Dispatched to Sort Facility | WASHINGTON, DC 20036 |
| January 24, 2014 , 12:30 pm | Acceptance | WASHINGTON, DC 20036 |

## Available Actions

## Track Another Package

**What's your tracking (or receipt) number?**

[                    ]    **Track It**

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

# EXHIBIT C

*Freedom of Information Act Office*

**U.S. Department of Homeland Security**
500 12th St SW, Stop 5009
Washington, DC  20536



September 14, 2015

David Sobel

5335 Wisconsin Avenue, NW, Ste. 640
Washington, DC 20015

    **RE:**    *Laura Poitras v. Department of Homeland Security, et al., 15-cv-1091-KBJ*
            ICE FOIA Case Number 2015-ICFO-91130, ICE FOIA Litigation Number 2015-ICLI-00031

Dear Mr. Sobel:

This letter is in connection with your Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), dated January 24, 2014, seeking disclosure of all agency records concerning, naming, or relating to Ms. Laura Poitras.  This FOIA request is now the subject of litigation in the United States District Court for the District of Columbia.

ICE has considered your request under both the FOIA, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a.  Information about an individual that is maintained in a Privacy Act system of records may be accessed by that individual[1] unless the agency has exempted the system of records from the access provisions of the Privacy Act.[2]

ICE conducted comprehensive searches of the ICE Offices of Enforcement and Removal Operations (ERO) and Homeland Security Investigations (HSI), for records responsive to your request. No records responsive to your request were found.

If you have any questions about this response, please contact Sam Singer with the United States Department of Justice 202-616-8014.

                                                     Sincerely,

                                                     Catrina M. Pavlik-Keenan
                                                     FOIA Officer

---

[1] 5 U.S.C. § 552a(d)(1).
[2] 5 U.S.C. §§ 552a(d)(5), (j), and (k).