**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LAURA POITRAS,**<br><br>  Plaintiff,<br><br> v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY ET AL.,**<br><br>  Defendants. | Case No. 1:15-cv-1091 (KBJ) |

**EXHIBIT 9: Declaration of Kevin L. Tyrrell (DHS)**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA POITRAS,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, *et al.*,<br><br>        Defendants. | Civil Action No. 1:15-cv-01091-KBJ |

## DECLARATION OF KEVIN L. TYRRELL

I, Kevin L. Tyrrell, make the following declaration in lieu of affidavit pursuant to 28 U.S.C. § 1746.

1. I am the Associate Director of FOIA Appeals and Litigation for the Department of Homeland Security (DHS) Privacy Office. In this capacity, I am the Department official immediately responsible for processing appeals and litigation matters that arise under the Freedom of Information Act, 5 U.S.C. § 552 (the FOIA), the Privacy Act, 5 U.S.C. §552a , and other applicable records-access provisions. I have been employed by the DHS Privacy Office (DHS Privacy) in this capacity since July 2015. Before that, I held the position of FOIA Litigation Specialist. I have been with the Department since July 28, 2014. I make the following statements based upon my personal knowledge, which in turn is based on a personal review of the appropriate records in the case file and coordination with relevant FOIA personnel involved

in processing the subject request, as well as upon information furnished to me in the course of my official duties.

2.      Through the exercise of my official duties, I have become familiar with the background of plaintiff's original FOIA request and DHS's response. I have also become familiar with the background of this litigation and have read a copy of the Complaint filed by plaintiff.

### The DHS Privacy Office's FOIA Process

3.      DHS Privacy partners with privacy staff in every DHS component to assess all new or proposed programs, systems, technologies, or rule-makings for privacy risks, and recommend privacy protections and alternative methods for handling personal information to mitigate privacy risks. DHS Privacy also centralizes FOIA and Privacy Act operations to provide policy and programmatic oversight, and support implementation across the Department.

4.      The mission of DHS Privacy is to preserve and enhance privacy protections for all individuals, to promote transparency of Department operations, and to serve as a leader in the privacy community. DHS Privacy (1) evaluates Department legislative and regulatory proposals involving collection, use, and disclosure of personally identifiable information (PII); (2) centralizes FOIA and Privacy Act operations to provide policy and programmatic oversight, and to support implementation across the Department; (3) operates a Department-wide Privacy Incident Response Program to ensure that incidents involving PII are properly reported, investigated and mitigated, as appropriate; (4) responds to complaints of privacy violations and provides redress, as appropriate; and (5) provides training, education, and outreach to build a culture of privacy across the Department and transparency to the public.

5.      Each DHS Component maintains its own automated case tracking system which assigns case control numbers to, and tracks the status of, all FOIA and Privacy Act requests received by

that Component. Components log all incoming FOIA and Privacy Act requests into their automated case tracking system, and input information about each request into the system (including, but not limited to, the requester's name and/or organization and, in the case of FOIA requests, the request's topic). All requesters are then notified of the case control numbers assigned to their requests. It is the custom of all Components to refer to the case control numbers in all correspondence with requesters. The automated case tracking systems are text searchable on a field-by-field basis.

6.      When any DHS Component receives a referral or tasking from DHS Privacy, it mirrors the actions of DHS Privacy. Component FOIA personnel make a determination regarding which subcomponent or program office may have responsive documents, and then task that office with a search.

## **Plaintiff's FOIA Request**

7.      On January 29, 2014, DHS Privacy received a FOIA request from David Sobel, attorney for requester (Laura Poitras) dated January 24, 2014. The request sought documents disclosing all agency records concerning, naming or relating to Ms. Poitras.

8.      On February 3, 2014, an acknowledgment letter was sent to the requester assigned tracking number 2014-HQFO-003000. The requester was informed that, "Based on the limited information you have provided, we cannot conduct an adequate search. The Department of Homeland Security was created January 24, 2003; therefore, no DHS records exist prior to that date. Records created prior to the establishment of DHS by any of the organizational components of DHS would be maintained by those components. Furthermore, DHS does not maintain a central index of records about individuals."

9. On March 20, 2014, DHS Privacy received from Mr. Sobel a letter dated March 5, 2014, clarifying parts of the request and providing further information about the records sought.

10. On March 26, 2014, the requester was notified that, upon further review, it has been determined that "Due to the subject matter of your request, I am transferring this request to the following FOIA Offices for further processing under the FOIA and direct response to you."

11. The request was transferred via email on March 27, 2014 to U.S. Customs & Border Protection (CBP), FOIA Officer, 90 K Street NE, 9th Floor, Washington, D.C. 20229-1181 and Transportation Security Administration (TSA), FOIA Branch, 601 S. 12th Street, 11th Floor, East Tower, TSA-20, Arlington, VA 20598-6020.

12. As of the date of this declaration, there has not been an appeal filed in regards to the request processed by DHS Privacy 2014-HQFO-00300.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief. Executed on June 3, 2016.

**Kevin L. Tyrrell**
Associate Director, FOIA Appeals and Litigation
Privacy Office
Department of Homeland Security